UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PERCY JAMES PEARCE,

    Petitioner,

vs.

UNITED STATES PAROLE COMMISSION, BENJAMIN J. BLANKENSHIP, United States Probation Officer; AMANDA K. RUIZ, Attorney at Law; and PAUL A. RENOIS, United States Probation Officer,

    Respondent.

No. C 06-7908 PJH (PR)

**ORDER OF DISMISSAL**

The petition in this case was dismissed with leave to amend because petitioner did not say when the probation proceeding he appeared to be trying to attack occurred, nor where, nor did he provide any clear explanation of the legal basis for his claims. The court also noted that a petition such as this would not be a proper means of attacking the underlying conviction, *see United States v. Lustig*, 555 F.2d 751, 753 (9th Cir. 1977), and that because it appeared that petitioner might have been released after completing the revocation period, the petition might be moot.

In light of these difficulties it is unsurprising that petitioner has not amended. This case is **DISMISSED**. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 10, 2008.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\HC.06\pearce7908.DSM.wpd